# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PATRICK,<br><br>    Plaintiff,<br><br>    v.<br><br>CALAVERAS COUNTY SHERIFF'S JAIL,<br><br>    Defendant. | Case No. 1:15-cv-01153-JLT (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED, WITHOUT PREJUDICE, FOR FAILUE TO EXHAUST PRIOR TO FILING SUIT<br><br>(Doc. 1)<br><br>30-DAY DEADLINE |

Plaintiff, Anthony Patrick, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 24, 2015.

Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prisoners are required to exhaust the available administrative remedies prior to filing suit. *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1199-1201 (9th Cir. 2002). Exhaustion is required regardless of the relief sought by the prisoner and regardless of the relief offered by the process, *Booth v. Churner*, 532 U.S. 731, 741 (2001), and the exhaustion requirement applies to all suits relating to prison life, *Porter v. Nussle*, 435 U.S. 516 (2002).

1      In the Complaint, Plaintiff concedes that he did not file an inmate grievance concerning the
2  facts raised in the Complaint stating that he did not have time to start a grievance because he was
3  in jail only one full day and on the second day he fell and broke his leg. (Doc. 1, Comp., p. 2.)
4  Thus, it appears Plaintiff filed suit prematurely without first exhausting in compliance with section
5  1997e(a). *Wyatt v. Terhune*, 315 F.3d 1108, 1120 (9th Cir. 2003) ("A prisoner's concession to
6  nonexhaustion is a valid ground for dismissal. . . .").

7      Accordingly, Plaintiff is HEREBY ORDERED to show cause **within 30 days** from the
8  date of service of this order why this action should not be dismissed, without prejudice, for failure
9  to exhaust administrative remedies prior to filing suit.

IT IS SO ORDERED.

   Dated:   **August 20, 2015**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE